UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                                          22 cr 373 (JGK)

TAYVON BROWN and RASHAD EDWARDS,                    **ORDER**
                Defendant.
-----------------------------------------------------------------X

The conference scheduled for Thursday, May 25, 2023, at 2:30pm, is canceled.

Final pretrial conference is Wednesday, December 13, 2023, at 2:30pm.  Time is already excluded until trial, which is set for January 8, 2024, at 9:00am.

**SO ORDERED.**

                                                                               **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 23, 2023