**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By Email & ECF**                                                                                                November 17, 2023

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

> *Adjourned to Thursday, February 22, 2024, at 4:30PM.*
>
> *SO ORDERED.*
> *11/17/23* /s/ John G. Koeltl
> U.S.D.J.

Re: *United States v. Rashad Edwards*,
    22 Cr. 373 (JGK)

Dear Judge Koeltl:

I write to request an adjournment of the sentence of my client Rashad Edwars. The sentence is presently scheduled for January 24th. The presentence interview has yet to take place as a result of my involvement in a four-week trial and the preparation for a second trial scheduled for November 27 which is expected to last two weeks.

Considering the preparation needed to complete the presentence investigation by Probation Officer Alyssa Lopez and for my sentencing submission I request an adjournment to a date in March. This is my first request for an adjournment.

Assistant U.S. Attorney Patrick Moroney advised that he does not object to this request.

Thank you for your consideration of this request.

                                                                Respectfully yours,
                                                                /s/
                                                                Thomas F.X. Dunn

Cc: Patrick Moroney Esq.
    Assistant U.S. Attorney
    (By ECF & email)

    Alyssa Lopez
    U.S. Probation