UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
UNITED STATES OF AMERICA

        -against-

RASHAAD EDWARDS,
                Defendant.
--------------------------------------------------------

Surrender Order
22 Cr. 373 (JGK)

    The Court orders that U.S. Marshals Service for the Southern District of New York shall accept the early surrender of Rashaad Edwards to commence his sentence on Thursday April 25, 2024 or Friday April 26, 2024.

    SO ORDERED

Dated: April 23, 2024
New York, New York

/s/ John G. Koeltl
U.S.D.J.